**LOUIS F. BURKE P.C.**
ATTORNEY AT LAW
**460 Park Avenue**
**21st Floor**
**New York, New York 10022**

**Telephone: (212) 682-1700**
**Facsimile: (212) 808-4280**
**E-Mail: lburke@lfblaw.com**

October 21, 2015

Hon. Paul G. Gardephe
United States District Judge
United States District Court, Southern District of New York
40 Foley Square, Room 705
New York, New York 10007

    Re:    *Consolidation of Related Actions Alleging Treasury Manipulation*

Dear Judge Gardephe:

    We represent Robert L. Teel, a plaintiff in one of the class actions alleging Treasuries manipulation currently pending before this Court (15 Civ. 7855 (PGG) and submit this letter in response to the Court's October 14, 2015 Order (Dkt. #37).

    Plaintiff Teel does not object to the consolidation of his case under Dkt. No. 15 Civ. 5794 (PGG).

                                          Respectfully submitted,

                                          */s/Louis F. Burke*

LFB/lsw